U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JAN -5  PM 2: 59

CLERK

BY_____A.V._____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 2:23-cr-1 |
| CARL BUTTERFIELD,<br>     Defendant | : |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 30, 2021, in the District of Vermont, the defendant, CARL BUTTERFIELD, knowingly distributed any visual depiction using any means or facility of interstate or foreign commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(2))

## COUNT TWO

On or about September 30, 2021, in the District of Vermont, the defendant, CARL BUTTERFIELD, knowingly possessed at least one matter which contained any visual depiction that has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

A TRUE BILL

███████████  _____
FOREPERSON

_Nikolas P. Kerest_ (BAM)
NIKOLAS P. KEREST
United States Attorney

Burlington, Vermont
January 5, 2023